IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS EASTERN DIVISION

| | |
|---|---|
| ARNOLD VARGAS,<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>PUCKERBUTT PEPPER COMPANY, LLC,<br><br><br>　　　　　　Defendant. | Civil Action No. 1:21-cv-11064 |

## NOTICE OF SETTLEMENT

Plaintiff Arnold Vargas hereby advises this Honorable Court that he has reached an agreement in principle with Puckerbutt Pepper Company, LLC. The parties are finalizing the settlement documents and expect to file a stipulation of dismissal within thirty days.

Dated: September 21, 2021　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　　　 /s/ *Jason M. Leviton*
　　　　　　　　　　　　　　　　　　　　Jason M. Leviton, Esq
　　　　　　　　　　　　　　　　　　　　BLOCK & LEVITON LLP
　　　　　　　　　　　　　　　　　　　　jason@blockleviton.com
　　　　　　　　　　　　　　　　　　　　260 Franklin Street, Suite 1860
　　　　　　　　　　　　　　　　　　　　Boston, MA 02110
　　　　　　　　　　　　　　　　　　　　Phone: (617) 398-5600

　　　　　　　　　　　　　　　　　　　　*Attorney for Plaintiff*

2

## CERTIFICATE OF SERVICE

I, Jason M. Leviton, hereby certify that the foregoing document was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to non-registered participants this 21st day of September, 2021.

      /s/ *Jason M. Leviton*
      Jason M. Leviton