IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ARNOLD VARGAS,<br><br>   Plaintiff,<br>v.<br><br>PUCKERBUTT PEPPER COMPANY, LLC,<br><br>   Defendant. | Civil Action No. 1:21-cv-11064 |

## STIPULATION FOR DISMISSAL

Plaintiff, ARNOLD VARGAS, and Defendant, PUCKERBUTT PEPPER COMPANY, LLC, by and through their undersigned counsel, hereby stipulate that this action shall be DISMISSED, with prejudice, as between all parties, and, each party shall bear their own costs and fees, including attorneys' fees, incurred in connection with this action.

Dated: December 17, 2021

| | |
|---|---|
| BLOCK & LEVITON, LLP | HUNT HUEY PLLC |
| By:  /s/ Jason M. Leviton | By: /s/ Richard M. Hunt |
| Jason M. Leviton, Esq. | Richard M. Hunt, Esq. |
| 260 Franklin Street, Suite 1860 | 3333 Lee Parkway, Suite 600 |
| Boston, MA 02110 | Dallas, Texas 75219 |
| Telephone: (617) 398-5600 | Telephone: (214) 641-9182 |
| | |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

-2-

## CERTIFICATE OF SERVICE

     I, Jason M. Leviton, hereby certify that the foregoing document was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants this 17th day of December, 2021.

                                                                                       */s/ Jason M. Leviton*
                                                                                         Jason M. Leviton